*J. R. Pottle, R. W. Grow,* contra.

---

1845. CHICAGO PORTRAIT COMPANY v. O'NEAL et al.

POWELL, J. The admissions of a principal are prima facie evidence against his sureties, if made pending the relationship and concerning the transaction as to which the suretyship exists. *Stephens* v. *Crawford*, 1 *Ga.* 574 (44 Am. D. 680); *Dobbs* v. *Justices*, 17 *Ga.* 625; 2 Wigmore on Evidence, § 1077; 1 Enc. Ev. 586, 587; 27 Am. & Eng. Enc. Law (2d ed.), 456.　　　　　　　　　　　　　　*Judgment reversed.*

Action on bond, from city court of Tifton—Judge Eve. March 13, 1909.

Submitted June 10,—Decided July 6, 1909.

*J. B. Murrow, J. J. Murray,* for plaintiff.

*Fulwood & Murray,* for defendants.